UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER MEADOWS,

                        Plaintiff,

              -against-

NEW YORK CITY HOUSING AUTHORITY,

                    Defendants.
------------------------------------------------------------X

22-CV-9272 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement in principal. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

       The Clerk of the Court is respectfully directed to terminate any pending motions and close the case.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge